# MINUTE ORDER

Page 8

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3               Date: 5/24/2021   Time: 1:30 p.m.

Defendant: ARTURO MURILLO PRIJIC      J#: 02358-506    Case #: 21-MJ-3013-GOODMAN
AUSA: Eli S. Rubin (Gerry Moody, Jil Simon)     Attorney: Julia Kefalinos **(TEMP)**
Violation: CONSPIRACY TO COMMIT MONEY LAUNDERING    Surr/Arrest Date: 5/24/2021   YOB: 1963

Proceeding: Initial Appearance              CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: **Pretrial Detention**
Bond Set at:                                 Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: **Spanish**

Disposition:
Brady Warning given. Defendant consents to appear via VTC. The court granted the Motion to **UNSEAL** the case. Government request Pretrial Detention.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel: 5/26/2021 at 10:00AM (MIA DUTY COURT)
PTD Hearing: 5/26/2021 at 10:00AM (MIA DUTY COURT)
Prelim/Arraignment: 6/7/2021 at 10:00AM (MIA DUTY COURT)
Status Conference RE:
D.A.R. JG_01_05-24-2021/ Zoom: 2:37 PM          Time in Court: 10 mins.

s/Jonathan Goodman                    Magistrate Judge