# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 5/26/21     Time: 10:00 a.m.

---

**Defendant:** ARTURO MURILLO PRIJIC(J)   **J#:** 02358-506   **Case #:** 21-3013-GOODMAN

**AUSA:** Eli S. Rubin (Jil Simon & Gerry Moody)   **Attorney:** Julia Kefalinos (TEMP)

**Violation:** CONSPIRACY TO COMMIT MONEY LAUNDERING

**Proceeding:** Report Re: Counsel/ Pretrial Detention     **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☑ No     **Recommended Bond:** PTD

**Bond Set at:** _____     **Co-signed by:** _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

**Language:** Spanish

**Disposition:**
*Preliminary/ Arraignment on 6/7/21*
Brady Warning given. Defendant not present. **Hearing Reset.**

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

**Report RE Counsel:** 5/26/2021 at 1:30PM (MIA DUTY COURT)

**PTD Hearing:** 5/26/2021 at 1:30PM (MIA DUTY COURT)

**Prelim/Arraign or Removal:** 6/7/2021 at 10:00AM (MIA DUTY COURT)

**Status Conference RE:**

**D.A.R.** JG_05-26-2021/ Zoom- 10:00AM     **Time in Court:** 21 mins.