UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                         CASE NO. 21−MJ−3013-JG

        **Plaintiff,**

vs.

**ARTURO CARLOS MURILLO PRIJIC,**

        **Defendant.**
_____/

**DEFENDANT, ARTURO CARLOS MURILLO PRIJIC'S
UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT AND EXCLUDE THE
CORRESPONDING TIME UNDER THE   SPEEDY TRIAL TIME**

**COMES NOW,** the Defendant, **ARTURO CARLOS MURILLO PRIJIC**, by and through his undersigned counsel, and presents herewith, his Unopposed Motion to Continue Arraignment and Exclude the Corresponding time Under the Speedy Trial Act. Defendant seeks thirty (30) days continuance beyond the present November 8, 2021, scheduled Arraignment date, and states as follows:

    1.    On October 6, 2021, the Government filed its "Motion to Continue Waiver of Preliminary Hearing and Motion to Continue Arraignment and Exclude the Corresponding Time Under the Speedy Trial [Act]." [D.E. 28]

    2.    On October 8, 2021, United States Magistrate Judge Lisette M. Reid entered its paperless order granting Defendant's Unopposed Motion therein waiver of preliminary hearing and continuing arraignment to November 8, 2021, at 10:00 a.m. before the Duty United States Magistrate Judge. [D.E. 29]

    3.    The Speedy Trial Act requires that an information or indictment be filed within 30 days of the defendant's arrest or service with summons. Further, under Federal Rule of Criminal

Procedure 5.1(c), a magistrate must hold a preliminary hearing no later than 14 days after the initial appearance if the defendant is in custody and no later than 21 days if not in custody. However, a magistrate may extend that time limit set in Rule 5.1(c) with the defendant's consent and upon a showing of good cause. Fed. R. Crim. P. 5.1(d). In addition, a defendant may waive the hearing, Fed. R. Crim. P. 5.1(a)(1).

4. The parties have been diligent in discussing a possible resolution of this cause, however additional time is necessary due to the unusual factual complexity of the case; the need for time for counsel to review additional materials with the Defendant, which has been made more difficult due to the attorney visit scheduling requirements at FDC Miami; the need for time for effective preparation; and the desire of the parties to further discuss the possible resolution of the case, all of which are in the interests of justice and outweigh the best interests of the public and the Defendant in a speedy trial.

5. The Defendant hereby waives his right to a preliminary hearing and moves to continue his arraignment for additional thirty (30) days. The Defendant agrees that all time from and including November 8, 2021, through the date at which the arraignment is rescheduled shall be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. §3161(h).

6. The Defendant hereby agrees to waive any objections under the Speedy Trial Act as described above and to extend the Government's time to file an indictment or information in this case for the time period specified in this motion. This waiver is made knowingly, intentionally, and voluntarily by the Defendant; with full knowledge of the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and with the advice and consent of defense counsel.

7.  This Unopposed Motion is filed in the utmost of good faith and in the interest of justice and is not the result of a lack of due diligence.

## COMPLIANCE WITH SDFL LOCAL RULE 88.9

8.  In accordance with SDFL Local Rule 88.9, the undersigned counsel has been in contact with Jill Simon, the Department of Justice Trial Attorney assigned to this case, and she has advised that the Government does not oppose a continuance of thirty (30) days for the scheduling of the arraignment.

**WHEREFORE**, Defendant, **ARTURO CARLOS MURILLO PRIJIC,** respectfully prays that this Honorable Court enter its order granting the within Unopposed Motion.

Respectfully submitted,

ANA M. DAVIDE
(Florida Bar No. 875996)
ANA M. DAVIDE, P.A.
420 South Dixie Highway, Suite 4B
Coral Gables, Florida 33146
Telephone: (305)854-6100
Fax: (305) 854-6197
E-mail: ana@anadavidelaw.com
(Counsel for Defendant,
*Arturo Carlos Murillo Prijic*.)

*/s/ Ana M. Davide*
ANA M. DAVIDE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of November, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are

not authorized to receive electronically Notices of Electronic Filing.

        ANA M. DAVIDE
        (Florida Bar No. 875996)
        ANA M. DAVIDE, P.A.
        420 South Dixie Highway, Suite 4B
        Coral Gables, Florida 33146
        Telephone: (305)854-6100
        Fax: (305) 854-6197
        E-mail: ana@anadavidelaw.com
        (Counsel for Defendant,
        *Arturo Carlos Murillo Prijic*.)

        */s/   Ana M. Davide*
        ANA M. DAVIDE

**SERVICE LIST**
**United States of America v. Arturo Carlos Murillo Prijic**
**Case No. 21−MJ−3013-JG**
**United States District Court, Southern District of Florida**

Eli Rubin
DOJ−USAO
99 NE 4th Street
Miami, FL 33132
305−961−9247
Email: Eli.Rubin@usdoj.gov


Jill Simon
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
202−262−7086
Email: jill.simon@usdoj.gov


Gerald Moody
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, DC 20005
Email: gerald.moody@usdoj.gov

4